**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARSHA WILLIAMS**                                                                                       **PLAINTIFF**

**V.**                                           **NO. 4-05-CV-00961 GTE**

**AFFILIATED FOODS SOUTHWEST, INC.**                                                **DEFENDANT**

**ORDER GRANTING SUPPLEMENTAL MOTION SUMMARY JUDGMENT**

Before the Court is a Supplemental Motion for Summary Judgment filed by Defendant Affiliated Foods Southwest, Inc. ("Affiliated"). The motion addresses Plaintiff's remaining claim that she was subjected to race and age discrimination when she was rejected for the nursing assistant position. Plaintiff's other claims[1] were dismissed by the Court's Order dated April 23, 2007. On May 3, 2007, the Court entered an Order permitting Plaintiff's counsel Sheila Campbell to withdraw and directing Plaintiff to advise the Court whether she wished to oppose Defendant's supplemental motion for summary judgment.

On May 8, 2007, the Court received handwritten correspondence from the Plaintiff. A copy of this submission is attached hereto as Exhibit 1. Therein, Plaintiff states that she did not want her attorney to pursue a claim for job discrimination. It appears that Plaintiff is concerned about an alleged lack of accommodation for handicapped parking and lack of ramps. There is no indication in the materials submitted to the Court that Plaintiff wishes to challenge or to oppose Defendant's Supplemental Motion for Summary Judgment.

Accordingly,

---

[1] Plaintiff also sought relief based on disability discrimination and Affiliated's failure to hire her for a communication position. Those claims were resolved in Affiliated's favor

IT IS HEREBY ORDERED THAT Defendant's Supplemental Motion for Summary Judgment (Docket No. 30) be, and it is hereby, GRANTED.  All of the claims asserted by Plaintiff in this action have now been resolved.  Accordingly, the Court will also enter a Judgment in favor of Defendant.

IT IS SO ORDERED this   1st   day of June, 2007.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT COURT

rec'd May 8, 2007 (edie)

Court's Exhibit 1

Marsha Williams
3806 St. James Ct.
Little Rock, Ar. 72204
May 6, 2007

Re: Sheila Campbell resigning as Plaintiffs Council
No. 4-05-cv-00961 GTE

Dear Honorable Judge Gisile:

The reason for filing a complaint against Ms Campbell with the Ark. Supreme Court Committee on Professional Conduct (Exhibit A) was refusal to file on issues that I could win. She was to file on disability because of Affiliated Foods denying me the right to park handicapped even though I presented them with permit.

On Jan. 17, 2007 (Exhibit B) even though I had several grievances against A.F., I did not want job discrimation filed.

Exhibit C is copy of what I received that was filed. I was shocked when I received letter from you saying that she had filed job discrimation against Sandra Davis. It was not discussed in discovery either. I have a copy.

Why would I file job discrimination? I retired from Post Office on disability in 1995. Ms Campbell know this. She represented me. A.F. was a temporary job. I won SSA disability Jan 20, 2006 from th

job injury. Of course there were other factors which were symptomatic. Dr. Adametz,

Emily Paul Another Attorney for me resigned because I would not accept a $2,000 to $3,000 settlement. She withdrew as council for Federal Case May 4-06 (Exhibit) but withheld information from Dr Addametz's off. (Exhibit C) and took medical records from his off Fri July 21 for A.F.

Affiliated Foods for some reason is getting away with not having accomodations for Handicapped parking and no ramps.

The Governors office is investigating E.E.O.C for not acting on my complaint.

I'll have to act as my own Attorney for right now because A.F. is bribing every Attorney I get. Plus Doctors, medical documation and MRI came up missing from Dr. office (Dr Adametz)

I want to proceed with complaint agains Affilia Foods for violation of the American Disability act.

Sincerely,

Marsha Williams

Cc: Committee on Professional Conduct.

Exhibit B

Jan. 17, 2007
Re: Summary Judgement of Job Discrimination against Marsha Williams

Dear Judge Eisele,

Ms. Williams did not file job discrimation against Affiliated Foods.
Ms. Williams is retired on disability from U.S. Postal Service in 1995. She's not coming out of retirement to work for Affiliated Food. What is the purpose to file job discrimation. She filed race, sex, age and disability.
On the E.E.O.C form, Ms Williams states that she does not want to work for Affiliated Food because of their discrimatory practices against work release prisoners and legal and illegal Immigrants. She asked that those minorities be given the dignity of having restrooms as the staff of A.F.
There are (4) Portable Toilets on the Warehouse floor compared to restrooms with marble topped Vanities, couches + coffee tables.
She filed that one white female, Betty Blue has a key card to get to the restrooms. They can't have their white female among such filth. There's no air condition in the warehouse. The stench from those toilets make you want to gag. Discrimation.

All business establishments are supposed to be equipped for or to accomadte the handicapped. A.F. is not. for every 25 cars there's supposed to be handicapped spot. There's supposed to be a ramp for wheel-chairs.

A.F. is in violation of the American Disability Act. Also violation of Ark. Disabil Rights.

When I was injured on job and was issued a handicapped parking placard, I was told by Personel Manager that the few spots they had for handicapped was for visitors. I was later told that if the doctors were reputable that issued the permits for the placards they would consider providing a place for me to park..

Just as a person is fined for parking in handi capped without a placard, A.F. is in violation of A.D.A. + A.D.R.

A handicapped parking space was provided for Rick Culbreath. white, male, and years younger than Ms Williams. Discrimination Because of job injury, company Dr. Scott Carle assigned Ms. Williams to sedentary job. Ms Williams did not request that. When Ms Williams reported for work, she was told by personel manager to go back home because there were no sedentary jobs avaible at that

time. If she reported to work and they could not "find" a job for her, she's supposed to be paid regular salary, Workers Comp. Ms Williams have "taped" conversations and medical documation to substantiate her claim. You can be furnished with copy of Ms Williams E.E.O.C. complaint.
What Margie Myers wrote (E.E.O.C specialist) and what Ms Williams filed are two separate things.
Ms Williams filed a complaint against Ms Myers with her supervisor several years ago.
Sincerely,
Mushn Will

"OFFICIAL SEAL"
DENISE H. WOODY
Notary Public, State of Arkansas
County of Pulaski
My Commission Exp. 01/20/2012

Notary - Denise H. Woody
Signed on - January 17, 2007

**Responses and Replies**
4:05-cv-00961-GTE Williams v. Affiliated Foods Southwest, Inc.

## U.S. District Court

### Eastern District of Arkansas

Notice of Electronic Filing

The following transaction was received from Campbell, Sheila entered on 1/3/2007 at 4:04 PM CST and filed on 1/3/2007

**Case Name:**       Williams v. Affiliated Foods Southwest, Inc.
**Case Number:**     4:05-cv-961
**Filer:**           Marsha Williams
**Document Number:** 23

**Docket Text:**
RESPONSE in Opposition re [16] MOTION for Summary Judgment filed by Marsha Williams. (Attachments: # (1) Exhibit Exhibits attached to Motion for Summary Judgments)(Campbell, Sheila)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=1/3/2007] [FileNumber=813269-0]
[04bab703de2765d3e27ff36550a67b5ff330ca9935c3f8dc5d8d8e804120be558d068
fe74ff1ae27a5daf6de8d05768fd4990d56e471d6848524e050fdbc5bd9]]
**Document description:** Exhibit Exhibits attached to Motion for Summary Judgments
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=1/3/2007] [FileNumber=813269-1]
[830a07c6735c77eddf55fd2816572d6448c6d53196ec1187d65243e5856dcec7821f8
d020d890a52e834a9975734d9e0fb28dc676dc9ff00eafb780952e9f9c5]]

**4:05-cv-961 Notice will be electronically mailed to:**

Sheila F. Campbell    campbl@sbcglobal.net, sfc@sheilacampbelllaw.com

Spencer F. Robinson    spencerrobinson@ramsaylaw.com

**4:05-cv-961 Notice will be delivered by other means to:**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARSHA WILLIAMS                                                                            PLAINTIFF

VS.                              NO. 4-05 CV0000961 GTE

AFFILIATED FOODS SOUTHWEST, INC.                                        DEFENDANT

## RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Comes the Plaintiff, Marsha Williams by and through her attorney, Sheila F. Campbell, and for her Response to Motion for Summary Judgment, states:

1. That Plaintiff denies each and every material allegations in paragraph numbered (1).

2. That Plaintiff denies each and every allegation of paragraph numbered (2).

3. That Plaintiff's Exhibit are incorporated herein as set forth word for word:

   Exhibit "1" Affidavit of Marsha Williams:

   Exhibit "2" 4/11/05 Medical Report of Dr. Kevin J. Collins;

   Exhibit "3" 5/23/05 Medical Report Dr. Kevin J. Collins:

   Exhibit "4" 3/21/05 Medical Report of Dr. Kevin J. Collins;

4. That Plaintiff's Brief in Response to Motion for Summary Judgment is incorporated herein as though set forth word for word and it contains issues of disputed fact which make it inappropriate for the Court to grant a Motion for Summary Judgment.

AFFIDAVIT

STATE OF ARKANSAS)
                     )ss
COUNTY OF PULASKI)

1. I, Marsha Williams, being over the age of eighteen years and after being duly sworn hereby states that:

2. That I was employed with Affiliated Foods from July, 2005 until August of 2006.

3. That I, Marsha Williams, sustained a herniated disc when I injured myself on the job on 2-16-05, at Affiliated Foods, the herniated disc resulted in numbness in my leg and she was issued a handicapped parking.

4. That I was told by Wayne Martin, personnel manager that I was not authorized to park in handicapped parking space because it was for visitors only.

5. That I called the CEO of Affiliated Foods, John Mills in July 2005, and he arranged for me to meet with my supervisor, Matt Brestel and Wayne Martin and I was then told that if those doctor's were reputable, then they might try to find me a handicapped parking space.

6. Rick Culbreath, a white male employee in his early 30, who worked in data processing was given a handicapped parking because he had problems with one of his legs.

IN WITNESS HEREOF, I HEREUNTO SET MY HAND AND SEAL.

*Marsha Williams*
MARSHA WILLIAMS

12-21-06
DATE

SUBSCRIBED AND SWORN TO BEFORE ME A NOTARY PUBLIC in the above and foregoing County and State on this 21st day of December, 2006.



Marsha Williams
March 21, 2005
Page –2–

She has palpable pain over her left S-1 joint and over quadratus laborum spasm. She has some greater sciatic notch tenderness but no significant gluteus medius maximus or pyriformis pain. She has no significant pain over her greater trochanteric bursae. She ambulates normally without a cane.

ASSESSMENT & PLAN:

1) Patient with question of a pre-existing back injury which is what the worker's compensation doctor, Scott Carle, said. I don't have the actual MRI. He just mentioned in his note that it was positive. We need to pursue this. She said she had the MRI done at St. Vincent's two to three weeks ago so we will try to get the results if we can.

2) Continue on her medications. I will have her take 5 mg. of Flexeril which she can take three or four times a day but this could make her sleepy.

3) I would like to set her up with aggressive manual therapy, two to three times a week.

4) Until I get further information from the MRI, I will hold her off work until we get that information and proceed accordingly.

5) Patient will need to determine who will be her treating worker's compensation physician. I will defer to the patient on this.

6) I will make further recommendations when I seen her again in three weeks. I gave her enough pain medication to last until I see her again.

Kevin J. Collins, M.D.
KC/nb

K. Collins M.D. S.T.

(22)

MARTIN BOWEN HEFLEY KNEE & SPORTS
Kevin J. Collins, M.D.
(501) 663-6455

PATIENT: Marsha Williams

DATE: 4/11/05

SUBJECTIVE: Patient comes in today for follow up. She was last seen on 3/21/05. At that time, we had recommended that she be off work. Patient has only been off work for a week. She brought me her MRI results which showed facet arthritis resulting in a grade 1 anterior lithiasis at L-5, S-1. She has also had a spect scan done which shows moderate increased uptake in the posterior elements of L-5 bilaterally, more on the right than the left. Apparently, there is a little bit at L-4.

ASSESSMENT & PLAN:

1) I will set her up for therapy with Mike Teston along with some facet blocks. I will set the facet blocks up with Dr. Roman if approved by worker's compensation.

2) I will continue to hold her off work for another three weeks.

3) I will see her in three weeks and we will make further determination about her work status at that point.

4) Continue Mobic and Flexeril which she says are helpful.


Kevin J. Collins, M.D.
KC/nb

*K Collins M.D. S-T.*



EXHIBIT
Exhibit #2

/737C

MARTIN BOWEN HEFLEY KNEE & SPORTS
Kevin J. Collins, M.D.
(501) 663-6455

PATIENT: Marsha Williams

DATE: 05/23/05

SUBJECTIVE: Patient is well to me. She has L-5, S-1 spondylolisthesis with facet arthritis, worse on the left than the right. She has minimal S-I joint pain. She did quite well on therapy. Her pain report got down below 1/10 compared to 5/10. She achieved her a function of walking and standing without a cane but she does have pain with prolonged standing. Patient states that she tried to go back to work but had been unable to work on the concrete floor or do heavy lifting.

ASSESSMENT & PLAN:

1) At this point, she is 62 and is retired from the post office and has worked for Affiliated Foods for a short time. In any event, she works on the floor lifting and this is not something that I think she will be able to handle with her back at this point. I think certainly there are some other options for her where she is not in the warehouse which is certainly a strong recommendation. In the interim, I do not recommend that she go back. I will hold her off for the time being until they try to work that out.

2) From a rehab perspective, we have maximized a functional return. She has had a facet block along with therapy and she has had decreased pain. However, I think the patient is not willing to test it out.

3) I have nothing further to add at this point. I will follow up with her as needed for her facet arthritis and spondylolisthesis at L-5, S-1, grade 1.

4) I will defer any further treatment to Dr. Forrest Miller though she complains of left leg pain. I don't see any physiologic reason for it and I think an EMG would just be very expensive and probably normal. If the patient is willing to have it done and wants to have it done, we could consider that.

5) She is scheduled to see Dr. Jim Adametz on Friday for a neurosurgical evaluation. We will see if he recommends anything further.


Kevin J. Collins, M.D.
KC/nb    K. Collins M.D. S.T.

Cc: Forrest Miller, M.D.          James Adametz, M.D.
    4202 S. University            9601 Lile Drive, S-750
    Little Rock, AR 72204         Little Rock, AR 72205



EXHIBIT
Exhibit #3

WHEREFORE, Plaintiff, Marsha Williams, prays that the Defendant's Motion for Summary Judgment be denied and for all other relief to which she may be entitled.

Respectfully submitted,

Sheila F. Campbell
Attorney at Law
P.O. Box 34007
Little Rock, Ar 72203
(501) 374-0700


/s/ Sheila F. Campbell

---
Sheila F. Campbell
Attorney at Law

## CERTIFICATE OF SERVICE

I, Sheila F. Campbell, hereby certify that I have served a copy of the foregoing Plaintiff's Response to Motion for Summary Judgment with the Clerk of Court using the CM/EMF system, which shall send notification of such filing to the following:

Spencer F. Robinson
Ramsay, Bridgforth, Harrelson and Starling, LLP
P.O. Box 8509
Pine Bluff, AR 71611-8509
spencerrobinson@ramsaylaw


/s/ Sheila F. Campbell

---

```
[Medical Records        ]--------------------------------------------------------
Append By Carol                         On Fri Apr  8 21:43:56 2005              ( 43)
CKED IN BMC MRI 3-23-05 CER SP
Append By Patricia                      On Thu May 12 09:31:44 2005              ( 13)
REC REQ FROM SS
Append By Carol                         On Sat Jun  4 13:08:31 2005              ( 43)
RET OSF TO ST VINCENT 3-9-05 MRI LUM SP
Append By Patricia                      On Mon Jun 13 11:11:29 2005              ( 13)
REC MAILED TO PT PER REQ
Append By Patricia                      On Tue Aug  9 16:51:24 2005              ( 13)
BMC MR OF 3-05 IN OR AD FILE
Append By Patricia                      On Tue Oct  4 10:46:58 2005              ( 13)
PT TO PICK UP COPY OF ALL REC AND X-2
Append By Carol                         On Mon Jan 23 19:06:05 2006              ( 43)
REC REQ FOR MED RECORDS FROM ATTY EMILY PAUL NLR
Append By Dawn Towns                    On Fri Jul 21 11:47:55 2006              (105)
REC CD AND MRI
Append By Dawn Towns                    On Fri Jul 21 14:22:07 2006              (105)
PT WAS SENT UPSTAIRS TO HAVE AN XRAY BY DR AD. SHE CAME BACK TO THE FRONT
WINDOW AND STATED SHE WAS NOT GOING TO HAVE THE XRAY AND SHE WANTED HER CD AND
MRI'S BACK. JENNIFER GAVE HER HER FILMS.
```



# DISABLED PERSON'S
# ACCESS TO PARKING APPLICATION

For Issuance of Special License Plate or Placard for a Disabled Person

Disability Code: _____A_____

Issue Date: __01/03/2007__

Plate or Placard Number: __59129D__

Name: __MARSHA         WILLIAMS__

Address: __3806 ST JAMES CT__

__LITTLE ROCK        AR 72204__

**Vehicles qualified to display Special Plate or Placard are as follows: Passenger Vehicles (automobiles), Light Trucks (including vans), with 3/4 ton or less manufacturer's rated capacity or larger vehicles (placard only) if the vehicle is specially adapted for use by disabled individuals through the use of lift, ramp, hand controls, etc.**

**I hereby certify that I am qualified to display the Special License Plate or Placard authorized by Act 656 of 1991, which states that if the applicant, dependent of the applicant or any individual who depends primarily on the applicant for more than 60% of his/her transportation is disabled as determined by a physician according to the criteria listed in the Act (see doctor's certification form), or if the applicant is an organization, the owner of the vehicle may apply for a Special License Plate or Placard.**

_Marsha Will_
Signature of Applicant

Address: _3806 St. James Ct._
_L.R. Ark. 72204_

LITTLE ROCK WEST          60-03
FRANKLIN FURLOUGH
801 BARROW RD
(501)324-9243             RXLPARK