**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARSHA WILLIAMS**                                                             **PLAINTIFF**

**V.**                             **NO. 4-05-CV-00961 GTE**

**AFFILIATED FOODS SOUTHWEST, INC.**                          **DEFENDANT**

## **JUDGMENT**

Pursuant to the Court's Order filed on April 23, 2007, granting summary judgment as to some of Plaintiff's claims, and the Court's Order entered on this date granting summary judgment in favor of Defendant Affiliated Foods Southwest, Inc. ("Affiliated") on Plaintiff's remaining claims, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that all claims asserted by Plaintiff against Affiliated be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this __1st__ day of June, 2007.

                                                              __/s/Garnett Thomas Eisele_____
                                                               UNITED STATES DISTRICT COURT